IN THE UNITED STATES DISTRICT COURT for
Southern District of Mississippi
Southern Division

James Winding #K8115                     Plaintiff

V.                    No# 3:15cv787-CWR-FKB

① Jerry Williams (Deputy Commissioner), ② Ronald King (Superintendent) ③ Benny McCalip May (Attorney General Specialist) ④ R. Pennington (ARP Director) ⑤ Margret Brown (Vice President), ⑥ Drann Call (General Counsel) ⑦ N. Hogan(s) (Senior Warden) ⑧ Ray Rice (Program Director), et. al,   Defendants(s)
Sued both in their Individual and official Capacity

*Jury Trial Demand*

1983 Complaint

Under Imminent Danger

(See) Next Page →

"Address of Parties"

* Plaintiff
1.) James C. Winding #K8115
CMCF
P.O. Box 88550, 3794 Hwy 468
Pearl, MS 39288-8550


* Defendant(s)

1.) Jerry Williams,
Deputy Commissioner
633 North State Street
Jackson, MS 39202

2.) Ronald King
Superintendent
P.O. Box 88550
3794 Hwy 468
Pearl, MS 39288-8550

3) Benny McCalip May
P.O. Box 220 Attorney General
Jackson, MS 39205

4) R. Pennington
ARP Director
633 N. State St
Jackson, MS 39202

5) M. Brown  6) Drewn Call
7) N. Hogan(s)  8) Roy Rice
9) S. Jones  10) D. Huggin(s) ...... EMCF, 10641
Hwy ~~~~ 80 West Meridian, MS 39307

* All Parties Complete *


## *Question Presented*

The Endangerment of Housing a Unstable Psych Patient Without given Necessity Psych Medication in a Timely Manner and Without the Necessity Therapeutic Housing Facility According to Psych Doctor order 10/10/15 an order to Refrain Psych patient Winding from Relopsing into Cutting himself and killing himself.

(End)

"Emminent Danger"

"Statement of Claim"

On 10/8/15 - 10/14/15 Psych patient Winding suffer Relapsing into Cutting and killing himself Due to No psych med(s). 10/15/15 - 10/17/15 Psych patient Winding Continue to Send in Medical Sick Call to (See) Mental Health. (To No Prevail)

On 10/10/15 Cmcf Psych Doctor issue order against Deputy Commissioner Jerry Williams 90 day(s) Transfer by Lowering my Level of Care to "E" in order to Send me back to Therapeutic Housing facility to Continue ongoing Psych Treatment. This order prevented Deputy Commissioner 90 day(s) Rotation Transfer order. MDOC Policy States that No offender will Leave Emcf until they are off Psych med(s) 90 day(s). All Named Defendant(s) Continue to Disregard my Health and Safety by Not following their Psych Doctor order(s) or their on Custom, Practice, Policy due their failure has Relapsed me into Mass Depression, Cutting and flashback of being Rape in Prison, killing myself.

(See) Next page →

To move unstable psych patient Winding around continuely on 90 day(s) Rotation Transfer to different housing facility in without stable psych med(s) would place psych patient Winding in a punitive mental vex situation. That would lead psych patient Winding into Relepsing in prior psych behavior. To Retoliete against psych patient Winding for filing lawsuit & ARP(s) is a violation of 1st Amendment as all named Defendant(s) have done. (See) Exhibit "A"

## Relief Sought

Request(s) (only) that this court grant preliminary injunction relief (See) motion

Respectfully

James Winding

10/17/15
DATE

Exhibit "A"



**STATE OF MISSISSIPPI**
DEPARTMENT OF CORRECTIONS
MARSHALL L. FISHER
COMMISSIONER

Jerry Williams
Deputy Commissioner

Institutions
(601)359-5610·5323(FAX)

October 5, 2015

Offender James Winding, #K8115
East Mississippi Correctional Facility
10641 Hwy 80 West
Meridian, MS 39307

RE:   COMPLAINT

Offender Winding:

Commissioner Fisher has forwarded your correspondence to me for review and appropriate handling.

Since this is a Grievance issue, may I suggest that you complete a Grievance and not write the Commissioner on every single issue.

Use the Grievance System and allow the process to work.

Sincerely,

Anthony Compton,
Director-Private and Regional Prisons

AC/jb

Pc: Marshall L. Fisher, Commissioner of Corrections
    Jerry Williams, Deputy Commissioner-Institutions
    Chandra Berryman, ADPRP
    File